DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 









                                        NO. 12-07-00076-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

§          

IN
RE: LONGVIEW BAPTIST TEMPLE

AND
ROBERT GRAY, SR., §          ORIGINAL PROCEEDING

RELATORS

§          

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Relators have filed a motion to dismiss this original
mandamus proceeding.  The motion has been
signed by Relators’ attorney and represents that the parties have reached an
agreement to settle all claims in the underlying litigation.  A copy of the motion has been delivered to
all attorneys of record.  Because
Relators have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1),
our stay of the trial court proceedings is lifted, Relators’ motion is granted,
and this original proceeding is dismissed.  

Opinion
delivered March 30, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

(PUBLISH)